UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-CV-10244-RWZ

JOANNA MARINOVA, *individually and as Trustee of the* MILA GROZDEVA TRUST

v.

DARRELL JONES et al.

ORDER

July 15, 2021

ZOBEL, S.D.J.

Plaintiff Joanna Marinova seeks to enforce contracts with defendant Darrell Jones, both oral and written, by which he allegedly promised to repay funds she provided to help him overturn his 1986 murder conviction. Defendant moves to dismiss the complaint by challenging its factual underpinnings. Because these issues are fact-intensive they are inappropriate for disposition at this stage. Accordingly, the motion to dismiss (Docket # 30) is DENIED.

July 15, 2021
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

1